1　DOUGLAS J. FARMER, State Bar No. 139646
　　douglas.farmer@ogletreedeakins.com
2　GREGORY C. CHENG, State Bar No. 226865
　　gregory.cheng@ogletreedeakins.com
3　OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
　　Steuart Tower, Suite 1300
4　One Market Plaza
　　San Francisco, California 94105
5　Telephone:　(415) 442-4810
　　Facsimile:　(415) 442-4870
6

7　Attorneys for Defendant
　　GREYHOUND LINES, INC.

8　　　　　　　**UNITED STATES DISTRICT COURT**

9　　　　　　　**NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11　MANUEL G. GUARDADO, | Case No. C 08-02018 EMC |
| 12　　　　　　Plaintiff, | (Santa Clara County Superior Court, Case No. 108CV105989) |
| 13　v. | |
| 14　GREYHOUND BUS LINES, INC.; VANDER BROWN, an Individual; and | **CERTIFICATE OF SERVICE OF COURT ORDER AND NOTICES** |
| 15　DOES 1 through 100, inclusive. | |
| 16　　　　　　Defendants. | |

17

18　///

19　///

20　///

21　///

22　///

23　///

24　///

25　///

26　///

27　///

28　///

I, Jovania Faamaligi, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Steuart Tower, Suite 1300, One Market Plaza, San Francisco, CA 94105.

On April 22, 2008, I served copies of the following documents:

1. **U.S. DISTRICT COURT'S ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;**

2. **STANDING ORDER FOR CIVIL PRACTICE IN CASES ASSIGNED FOR ALL PURPOSES TO MAGISTRATE JUDGE EDWARD M. CHEN;**

3. **CASE MANAGEMENT CONFERENCE ORDER;**

4. **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

5. **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;**

6. **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;**

7. **ORDER OF THE CHIEF JUDGE IN RE: ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES**; and

8. this **CERTIFICATE OF SERVICE OF COURT ORDER AND NOTICES**,

on the parties to this action by placing them in a sealed envelope addressed as follows:

Ismael D. Perez
Law Offices Of Ismael D. Perez
111 W. St. John St., Suite 855
San Jose, CA 95113
***Attorneys for Plaintiff***

///

1    **(BY MAIL)**  I placed the sealed envelope for collection and mailing by following

2    the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., San

3    Francisco, California.  I am readily familiar with Ogletree, Deakins, Nash, Smoak &

4    Stewart, P.C.'s practice for collecting and processing of correspondence for mailing with

5    the United States Postal Service, said practice being that, in the ordinary course of business,

6    correspondence with postage fully prepaid is deposited with the United States Postal

7    Service the same day as it is placed for collection.

8    I declare that I am employed in the office of a member of the bar of this court, at

9    whose direction this service was made.  I declare under penalty of perjury under the laws of

10   the United States of America that the foregoing is true and correct, and this declaration was

11   executed on April 22, 2008, at Los Angeles, California.

12

13                                          /s/

14                                          Jovania Faamaligi

15

16

17

18

19

20

21

22

23

24

25

26

27

28