DOUGLAS J. FARMER, State Bar No. 139646
doug.farmer@ogletreedeakins.com
GREGORY C. CHENG, State Bar No. 226865
gregory.cheng@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 91405
Telephone:   (415) 442-4810
Facsimile:   (213) 442-4870

Attorneys for Defendant
GREYHOUND LINES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL G. GUARDADO,<br><br>Plaintiff,<br><br>v.<br><br>GREHOUND BUS LINES, INC., et al.,<br><br>Defendant. | Case No. C 08-02018 EMC<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

DATED: April 23, 2008          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Gregory C. Cheng
          Gregory C. Cheng
Attorneys for Defendant
GREYHOUND LINES, INC.

**CERTIFICATE OF SERVICE BY UNITED STATES MAIL**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

    I am employed in the County of San Francisco, State of California; I am over the age of 18 years and not a party to this action.  My business address is Steuart Tower, Suite 1300, One Market Plaza, San Francisco, California 94105.

    On April 23, 2008, I served the following document(s) described as: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE,** on the persons below as follows:

Ismael D. Perez                                                   *Attorneys for Plaintiff*
Law Offices Of Ismael D. Perez
111 W. St. John St., Suite 855
San Jose, CA  95113

    I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses as indicated above and:

☐    deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid.*

XX    placed the envelope or package for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United State Postal Service, in a sealed envelope or package with postage fully prepaid.

    I am employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

☐  (State)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

XX  (Federal)    I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

    Executed on April 23, 2008, at San Francisco, California.

Jovania Faamaligi                                        /s/ Jovania Faamaligi
Type Name                                                    Signature

* **(SIGNATURE MUST BE OF PERSON DEPOSITING ENVELOPE IN MAIL SLOT, BOX OR BAG)**