IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL G. GUARDADO,                                   No. C 08-02018 WHA

    Plaintiff,

 v.                                                                    **CLERK'S NOTICE RESCHEDULING HEARING TIME**

GREYHOUND BUS LINES, INC., et al.,

    Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT because the Court will be in trial, the case management conference previously set for July 24, 2008 at 11:00 a.m. has been rescheduled for **July 24, 2008 at 2:30 p.m.**, before the Honorable William Alsup.  Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA  94102.

Dated:  July 14, 2008                                        FOR THE COURT,

                                                      Richard W. Wieking, Clerk

                                                      By: _____
                                                         Dawn Toland
                                                         Courtroom Deputy to the
                                                          Honorable William Alsup