# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>July 24, 2008</u>

Case No.  <u>C 08-02018 WHA</u>

Title: <u>MANUEL GUARDADO</u>  v. <u>GREYHOUND BUS LINES</u>

Plaintiff Attorneys: Holly Gaudrea

Defense Attorneys: Rachel Davidson

Deputy Clerk:  <u>Dawn Toland</u>

Court Reporter: <u>Joan Columbini</u>

**<u>PROCEEDINGS</u>**

1)  <u>CMC - HELD</u>

2)  _____

Complete Initial Disclosures (Rule 26): 8/8/08

Seek Leave to Add/Amend: 8/28/08

Discovery Cutoff: 4/24/09

Designation of Experts: 4/24/09

Last Day to File Motion: 6/11/09


Continued to __ for Further Case Management Conference

Continued to **8/17/09 at 2:00 pm** for Pretrial Conference

Continued to **8/31/09 at 7:30 am** for Jury Trial


**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.  Defense counsel will accept service of the summons and complaint as to defendant Vander Brown.