UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AMENDED CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 24, 2008

Case No.  C 08-02018 WHA

Title: MANUEL GUARDADO v. GREYHOUND BUS LINES

Plaintiff Attorneys: Ismael Perez

Defense Attorneys: Douglas Farmer

Deputy Clerk:  Dawn Toland

Court Reporter: Joan Columbini

**PROCEEDINGS**

1)  CMC - HELD

2)  

Complete Initial Disclosures (Rule 26): 8/8/08

Discovery Cutoff: 4/24/09

Designation of Experts: 4/24/09

Last Day to File Motion: 6/11/09


Continued to _ for Further Case Management Conference

Continued to  **8/17/09 at 2:00 pm**  for Pretrial Conference

Continued to  **8/31/09 at 7:30 am**  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for Mediation.  Defense counsel will accept service of the summons and complaint as to defendant Vander Brown.