1  Ismael D. Perez, Esq. SBN:145985
   LAW OFFICES OF ISMAEL D. PEREZ
2  Community Towers I
   111 W. St. John Street, Suite 515
3  San Jose, CA   95113
   Tel: (408) 293-7100
4  Fax: (408) 293-7745
   easy@PerezLawOffice.com
5
   Attorney for Plaintiff,
6  Manuel Guardado

7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 | MANUEL G. GUARDADO,                          )   Case No. C 08-02018 WHA
                                                  )
12 |         Plaintiff,                           )   NOTICE OF CHANGE OF ADDRESS
                                                  )
13 | v.                                           )
                                                  )
14 | GREYHOUND BUS LINES, INC.; VANDER            )
     BROWN, an Individual; and DOES 1 through     )
15 | 100, inclusive.                              )
                                                  )
16 |         Defendants.                          )
     _____         )
17
   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
18
        NOTICE IS HEREBY GIVEN that effective immediately the address of the
19
   Law Offices of Ismael D. Perez has changed from 111 W. St. John Street, Suite 855, San
20
   Jose, CA. 95113.  The new Address and telephone number is:
21
   Ismael D. Perez
22 Law Offices of Ismael D. Perez
   Community Towers I
23 111 West Saint John Street, Suite 515
   San Jose, CA 95113
24 Tel:  (408)293-7100
   Fax: (408)293-7745
25 easy@PerezLawOffice.com

26 DATED: July 23, 2008                        LAW OFFICES OF ISMAEL D. PEREZ

27                                             By: _____
                                                  Ismael D. Perez, Attorney For
28                                                Manuel G. Guardado

_____
NOTICE OF CHANGE OF ADDRESS