1    Ismael D. Perez, Esq., SBN 145985
     easy@perezlawoffice.com
2    LAW OFFICES OF ISMAEL D. PEREZ
     Community Towers I
3    111 W. St. John Street, Suite 855
     San Jose, California 95113
4    Telephone:    (408) 293-7100
     Facsimile:    (408) 293-7745
5

6    Attorneys for Plaintiff
     MANUEL G. GUARDADO

7    DOUGLAS J. FARMER, State Bar No. 139646
     douglas.farmer@ogletreedeakins.com
8    GREGORY C. CHENG, State Bar No. 226865
     gregory.cheng@ogletreedeakins.com
9    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
     Steuart Tower, Suite 1300
10   One Market Plaza
     San Francisco, California 94105
11   Telephone:    (415) 442-4810
     Facsimile:    (213) 442-4870
12

13   Attorneys for Defendant
     GREYHOUND LINES, INC.

14

15               **UNITED STATES DISTRICT COURT**

16             **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17   MANUEL G. GUARDADO, | Case No. C 08-02018 WHA |
| 18            Plaintiff, | **STIPULATION AND [PROPOSED]** |
| 19      v. | **ORDER TO REASSIGN ADR OPTION TO EARLY SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE** |
| 20   GREHOUND BUS LINES, INC., et al., | |
| 21           Defendant. | |
| 22 | |

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

## STIPULATION

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff Manuel G. Guaradado ("Plaintiff") and his attorney of record, Ismael D. Perez, attorney at law, and Defendant Greyhound Lines, Inc. ("Defendant"), by its attorneys of record Ogletree, Deakins, Nash, Smoak & Stewart, P.C., by Gregory C. Cheng, attorney at law, that the following Stipulation may be entered as an Order by the Court to give effect to the stipulations set forth below:

1.    **WHEREAS**, Plaintiff filed a Complaint for Damages against Defendants Greyhound Lines, Inc. and Van Brown on or about February 19, 2008 with the Santa Clara County Superior Court;

2.    **WHEREAS**, on April 17, 2008, Defendant removed the Complaint to the Northern District of California, United States District Court, San Francisco division, based upon diversity of citizenship;

3.    **WHEREAS**, on or about July 22, 2008, the Parties filed its Joint Rule 16(b) Report. In paragraph 12 of the report, the Parties stipulated to an early settlement conference with a Magistrate Judge.  If that option failed, the Parties agreed to discuss the benefits of participating in private mediation;

4.    **WHEREAS**, on July 24, 2008, this Court held a Case Management Conference;

5.    **WHEREAS**, on August 1, 2008, the Parties received notice from the Court that a mediator had been assigned to the case;

6.    **WHEREAS**, on August 4, 2008, the Parties received notice from mediator John A. Koeppel regarding his service as a mediator in the instant action;

7.    **WHEREAS**, the Parties had stipulated only to a settlement conference with a Magistrate Judge as opposed to private mediation.  Although the Parties are amenable to discussing private mediation further down the road, the Parties do not believe that mediation would be beneficial at this point since discovery has just commenced, and no depositions have been taken. However, the Parties do believe a settlement conference in front of a Magistrate Judge will be the best case scenario in terms of resolving the case at this juncture;

8.    **WHEREAS**, good cause exists to reassign the ADR option from private mediation

6556208_1

1    to an early settlement conference before a Magistrate Judge as the Parties had stipulated;

2        **NOW, THEREFORE**, the Parties, through their respective counsel of record **AGREE**

3    **AND HEREBY STIPULATE** to reassign the ADR option from private mediation to an early

4    settlement conference before a Magistrate Judge as selected by the Court.

5        **IT IS SO STIPULATED ON THE DATES INDICATED BELOW.**

6

7    DATED:  August ___, 2008                    LAW OFFICES OF ISMAEL D. PEREZ.

8

9                                                By:  __/s/ Ismael D. Perez_____
                                                      Ismael D. Perez
10                                               Attorneys for Plaintiff
                                                 MANUEL G. GUARDADO
11

12   DATED:  August ___, 2008                    OGLETREE, DEAKINS, NASH, SMOAK &
                                                 STEWART, P.C.
13

14

15                                               By:  __/s/ Gregory C. Cheng_____
                                                      Gregory C. Cheng
16                                               Attorneys for Defendant
                                                 GREYHOUND LINES, INC.
17

18

19                        **<u>ORDER</u>**

20       **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED** that the

21   ADR option for the above-referenced matter be reassigned from private mediation to an early

22   settlement conference before Magistrate Judge _____.

23

24   DATED:  _____        By:_____
                                              Honorable William H. Alsup
25                                            Judge, United States District Court

26

27

28

                                    2              CASE NO. C 08-02018 WHA
                    STIPULATION AND [PROPOSED] ORDER TO REASSIGN ADR OPTION TO
                    EARLY SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE

6556208_1