IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MANUEL G. GUARDADO,

    Plaintiff,

  v.

GREYHOUND BUS LINES, INC.,
and VANDER BROWN,

    Defendants.
_____/

No. C 08-02018 WHA

**ORDER DENYING STIPULATED REQUEST TO REASSIGN ADR OPTION TO EARLY SETTLEMENT CONFERENCE WITH A MAGISTRATE JUDGE**

By order dated July 24, 2008, the Court referred the matter to the ADR unit for mediation (not *private* mediation). Private mediation is when the parties select and hire their own mediator. In contrast, the Court uses volunteer mediators, who represent an integral part of the ADR program. It is true that sometimes judges refer problematic and complex cases to magistrate judges for mediation. This, however, is the exception rather than the norm. The vast majority of cases are referred to the ADR unit. Therefore, the premise upon which the proposed stipulation dated August 2008 is misplaced. The referral to the ADR unit for mediation will remain in place. Counsel should contact mediator John Koeppel and continue with his services. Mr. Koeppel is not a privately-selected mediator but was instead selected from among a group of excellent mediators serving this Court.

    **IT IS SO ORDERED.**

Dated: August 8, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE