1  DOUGLAS J. FARMER, State Bar No. 139646
   douglas.farmer@ogletreedeakins.com
2  GREGORY C. CHENG, State Bar No. 226865
   gregory.cheng@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 91405
5  Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
6
   Attorneys for Defendants
7  GREYHOUND LINES, INC.
   AND VANDER BROWN
8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 MANUEL G. GUARDADO,                       Case No. C 08-02018 WHA

12              Plaintiff,                    **STIPULATION OF DISMISSAL WITH
                                              PREJUDICE PURSUANT TO FRCP 41(A)**
13        v.

14 GREYHOUND BUS LINES, INC.; VANDER
   BROWN, an Individual; and DOES 1 through
15 200, inclusive,

16              Defendants.

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28

1    **IT IS HEREBY STIPULATED** by and between the Parties to this action through their

2    designated counsel that the above-referenced action be and hereby is dismissed, **with prejudice**, in

3    its entirety, pursuant to FRCP Section 41(a)(1).

4        **IT IS SO STIPULATED ON THE DATES INDICATED BELOW**.

5

6    DATED:  January 9, 2009             LAW OFFICES OF ISMAEL D. PEREZ

7

8                   By:   /s/ Ismael D. Perez

9                            Ismael D. Perez

                           Attorneys for Plaintiff

10                    MANUEL G. GUARDADO

11

12

13   DATED:  January 9, 2009            OGLETREE, DEAKINS, NASH, SMOAK &

14                    STEWART, P.C.

15

16                  By:   /s/ Gregory C. Cheng

17                           Gregory C. Cheng

                         Attorneys for Defendants

18                    GREYHOUND LINES, INC. and VANDER

                         BROWN

19

20                      **<u>ORDER</u>**

21    **GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ~~ORDERED~~** that the

22  above-referenced action be dismissed, with prejudice, in its entirety.

23    **IT SO ORDERED.**

24

25   DATED:    January 13, 2009            By:_____

                           United States District Court Judge

26

27

28

                  CASE NO. C 08-02018 WHA

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(A)